IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JORGE SARMIENTO,

      Appellant,

v.

CITY OF MIAMI BEACH
JOHNS EASTERN CO.,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4483

_____/

Opinion filed April 1, 2016.

An appeal from an order of the Judge of Compensation Claims.
Edward Ramos Almeyda, Judge.

Date of Accident: August 4, 1993.

Frank J. Taddeo, Miami, and Richard A. Sicking of Touby, Chait & Sicking, P.L.,
Coral Gables, for Appellant.

Luis F. Estrada of Angone, McClure & Garcia, P.A., Miami, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.